ROYAL PACKING COMPANY *v.* UNITED STATES.

APPEAL FROM THE COURT OF CLAIMS.

No. 86. Argued November 29, 1905.—Decided December 29, 1905.

Decided on authority of *Russian-American Packing Company* v. *United States, ante,* p. 570.

*Mr. Alexander Britton,* with whom *Mr. Aldis B. Browne* was on the brief, for appellants.

*Mr. Frederick De C. Faust,* Special Attorney, with whom *Mr. Assistant Attorney General Pradt* was on the brief, for the United States.[1]

PER CURIAM. This case depends upon a similar state of facts, involves the same questions of law as those in the preceding case, and is also

*Affirmed.*

---

[1] This case was argued simultaneously with, and upon the same briefs as, *Russian-American Packing Company* v. *United States, ante,* p. 570.